IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAVID C. TATE | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | No. 13-5404 |

## **ORDER**

AND NOW, this 24th day of August, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants City of Philadelphia and Officer Robert Redanauer's Motion for Summary Judgment (Document 49) is GRANTED in part and DENIED in part as follows:

- The Motion is DENIED as to Plaintiff David C. Tate's claims against Officer Redanauer.
- The Motion is GRANTED as to Tate's claims against the City of Philadelphia. The claims against the City of Philadelphia and any remaining Defendants other than Officer Redanauer are DISMISSED with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.